Stephen M. Doniger (SBN 179314)
stephen@dongierlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff Star Fabrics, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STYLES FOR LESS, INC., a California corporation; PTHALO, INC., a California corporation; JANETTE PLUS, a California business entity of form unknown; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV12-9854 CBM (JCGx)<br><u>Honorable Consuelo B. Marshall</u><br><u>Presiding</u><br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

WHEREAS, Plaintiff and defendants have reached amicable resolutions of the claims at issue in this case, pursuant to which they have agreed to a dismissal of said claims with prejudice, with each party to bear its own costs and fees in connection therewith,

- 1 -

STIPULATION TO DIMSISS ACTION

IT IS HEREBY STIPULATED that this action be dismissed with prejudice with each party to bear its own costs and fees.

Dated: April 22, 2013          By:     /s/ Stephen M. Doniger
                                       Stephen M. Doniger, Esq.
                                       DONIGER / BURROUGHS APC
                                       Attorneys for Plaintiff


Dated: April 22, 2013          By:     /s/ Deborah F. Sirias
                                       Deborah F. Sirias, Esq.
                                       LOUIS BRISBOIS BISGAARD & SMITH
                                       Attorneys for Defendants

STIPULATION TO DIMSISS ACTION